**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GAGE T. BROUGHTON** **PLAINTIFF**

**VS.** **CASE NO. 4:26-CV-00256 JM/PSH**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 16th day of November, 2026.

UNITED STATES DISTRICT JUDGE