**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GAGE T. BROUGHTON** **PLAINTIFF**

**VS.** **CASE NO. 4:26-CV-00256 JM/PSH**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

# JUDGMENT

Pursuant to the Order filed in this matter today, this case is dismissed with prejudice.

DATED this 16th day of November, 2026.

UNITED STATES DISTRICT JUDGE